DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Adams<br><br>Case below:<br>167 N.C. App. 806 | No. 076P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1004) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (03/03/05) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied (03/03/05) |
| State v. Burke<br><br>Case below:<br>167 N.C. App. 806 | No. 089A05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1557) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (03/03/05) |
| State v. Burrell<br><br>Case below:<br>165 N.C. App. 134 | No. 365P04 | 1. Def's (Anthony) NOA Based Upon a Constitutional Question (COA03-989) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (03/03/05) |
| | | 3. Def's (Anthony) PDR Under N.C.G.S. § 7A-31 | 3. Denied (03/03/05) |
| | | 4. Def's (Rodney) PDR Under N.C.G.S. § 7A-31 | 4. Denied (03/03/05) |
| State v. Coleman<br><br>Case below:<br>167 N.C. App. 656 | No. 044P05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-490) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (03/03/05) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied (03/03/05) |
| State v. Cornett<br><br>Case below:<br>167 N.C. App. 656 | No. 056P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-85) | Denied (03/03/05) |
| State v. Dawkins<br><br>Case below:<br>167 N.C. App. 807 | No. 046P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-342) | Denied (03/03/05) |
| State v. Dickens<br><br>Case below:<br>161 N.C. App. 742 | No. 015P04-2 | Def's Motion for Belated Appeal (COA02-1395) | Dismissed (03/03/05) |
| State v. Felton<br><br>Case below:<br>167 N.C. App. 807 | No. 091P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-832) | Denied (03/03/05) |